UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:11-cr-20 |
| v. ) | |
| ) | COLLIER / LEE |
| IZORA YOUNG ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One of the three-count Superseding Indictment; (2) accept Defendant's plea of guilty to a portion of Count One, that is, conspiracy to distribute and possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(C); (3) adjudicate Defendant guilty of the charges in a portion of Count One, that is, conspiracy to distribute and possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(C) of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 100). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 100) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS**

as follows:

(1) Defendant's motion to withdraw her not guilty plea to a portion of Count One, that is, conspiracy to distribute and possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(C) of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the charges in a portion of Count One, that is, conspiracy to distribute and possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(C) is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges in a portion of Count One, that is, conspiracy to distribute and possess with intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 USC §§ 846, 841(a)(1) and 841(b)(1)(C);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, April 11, 2013 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

3